```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 02593
    AUDREY D ZOLECKI-NOLL
    THEODORE E ZOLECKI-NOLL                    CHAPTER 13

                                               JUDGE: BRUCE W BLACK

             Debtor
     SSN XXX-XX-8874    SSN XXX-XX-7694
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 01/27/05 and confirmed on 05/05/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   7393.66 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| UNITED AUTO CREDIT CORP | UNSECURED | 9384.11 | .00 | 4768.19 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS BOOK OF THE MO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ELWOOD FIRE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD | UNSECURED | NOT FILED | .00 | .00 |
| HARCOURT LEARNING DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MAUI MEMORIAL MED CTR | UNSECURED | 489.00 | .00 | 248.47 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 471.95 | .00 | 239.80 |
| THOMAS MOTORS OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| WILLIAM STRAHANOSKI | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 10345.06 | .00 | 10345.06 |
| PRINCIPAL PAID | .00 | .00 | 5256.46 | .00 | 5256.46 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5256.46 | .00 | 5256.46 |

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   2200.00
and was paid $    474.00  direct and $   1726.00  through the plan.

The Trustee received $     289.30 .

Refunds to the Debtor totaled $     121.90 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/21/08                              /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE